Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

NOV 21 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Electronically Filed

| | |
|---|---|
| LAWRENCE K. BUTCHER | 6:05-CV-570 |
| BONNIE ENGLE | 6:05-CV-565 |
| JAMES HOWELL, ET AL. | 7:05-CV-330 |
| KENNETH MICHAEL SHORT | 5:05-CV-426 |
| MAUDIE F. JONES, ET AL. | 5:05-CV-425 |
| JOHN MULLINS, ET AL. | 6:05-CV-586 |
| BRENDA SPARKS, ET AL. | 0:05-CV-201 |

Plaintiffs,

v.

MERCK & CO., INC., ET AL.

Defendants.

### ORDER

This matter is before the Court on motion of Merck in the above-captioned cases for an extension of time in which to file its replies to the stay opposition papers filed in this matter. The Court, being sufficiently advised,

HEREBY GRANTS the motion. Merck has to and including Monday, December 5, 2005, in which to file its replies to the stay opposition papers filed in the above-captioned matter.

11/21/05

_____
JOSEPH M. HOOD, CHIEF JUDGE

Tendered by:

/s/ Susan J. Pope
Susan J. Pope
Anna M. Warnock
FROST BROWN TODD LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507-1749
*Counsel for Defendant Merck & Co., Inc.*

LEXLibrary 0106603.0537031 282062v.1